# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ANGELA CRAIN**                                                                      **PLAINTIFF**

**V.**                                                 **CAUSE NO. 3:18-CV-787-CWR-LRA**

**COMMISSIONER OF SOCIAL SECURITY**                                  **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Objection to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson (R&R). The R&R recommends affirming the Commissioner's denial of Plaintiff Angela Crain's application for social security benefits. Plaintiff primarily re-urges her arguments that the decision of the Commissioner is not supported by substantial evidence because the ALJ failed to consider all of Crain's impairments in determining her residual functional capacity and her ability to perform work-related activity as well as in posing a hypothetical question to the vocational witness. Crain also reiterates her contention that the ALJ failed to consider certain medical opinion evidence in evaluating Crain's credibility.

Having considered the R&R, Plaintiff's renewed objections, and the applicable law, the Court concludes that the objections are unpersuasive. The Court hereby adopts that R&R as its own opinion.

Accordingly, the Commissioner's motion to affirm is granted, and Plaintiff's motion for summary judgment is denied. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 13th day of April, 2020.

                                                                       s/ Carlton W. Reeves
                                                                       UNITED STATES DISTRICT JUDGE